**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ESIN GARASOV,**<br>**Petitioner,**<br>**v.**<br>**J.L. JAMISON, *et al.*,**<br>**Respondents.** | **CIVIL ACTION NO. 26-8387** |

**ORDER**

**AND NOW,** this 5th day of November 2026, upon consideration of the parties' Stipulation [Doc. No. 4], in which they agree that "the petition may properly be decided on the papers" and they "waive oral argument," it is hereby **ORDERED** that the hearing scheduled for November 6, 2026, at 12:30 PM is **CANCELLED**. The Court will decide the Petition on the papers.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**